### (March 12, 1945.)

In the Matter of SIDNEY GONDELMAN, an Attorney.— Motion to refer petition of Sidney Gondelman to an official referee to take proof and to report his findings and conclusions denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

In the Matter of the Application of JOSEPH B. MARGOLIN for Reinstatement as an Attorney.— Motion for reinstatement to practice as an attorney and counselor at law granted. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.

In the Matter of the Accounting of HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, as Guardian of ROSLYN FELDMANN, an Infant. HILDA R. GILMAN, as Administratrix of the Estate of CYRUS RHEIMS, Deceased, Respondent; ROSLYN FELDMANN (Former Infant), Appellant.— Motion for modification of determination by this court denied, without costs. Appellant's cross motion for reargument denied, without costs. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ. [See *ante,* p. 670.]

SAMUEL WEILER, Respondent, v. EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ.